# EXHIBIT A – DEBTOR'S ASSETS

## *Identity and Fair Market Value of Debtor's Assets and Source of Valuation*

| Asset | Value |
|---|---:|
| **Real property** | |
|     50% interest - 68 River Rd., Montague, NJ | 236,900.00[1] |
|     100% interest - 637 Lake Beulah CV, Winter Garden, FL | 585,000.00[2] |
| **Automobiles** | |
|     100% interest - 2008 Harley Road Glide FLTV | 5,000.00[3] |
| **Household goods and furnishings** | 1,700.00[4] |
| **Electronics** | 750.00[5] |
| **Sports equipment** | 1,800.00[6] |
| **Men's clothing** | 1,000.00[7] |
| **Men's jewelry** | 300.00[8] |
| **Household pets** | 0.00 |
| **Deposits of money** | |
|     50% interest - Chase Checking (#2179) | 1,707.50[9] |
|     50% interest - Chase Savings (#0273) | 0.07[10] |
|     50% interest - Chase Checking (#9930) | 9.24[11] |
|     50% interest - E-Trade Account | 158,263.00[12] |
| **Non-public business interests** | |
|     50% interest - A Taste of Sicily, LLC | 0.00 |
|     50% interest - Goodfellas Pizza Italian Restaurant, Inc. | 0.00 |
|     50% interest - Hammertime Enterprises, LLC | 0.00 |
|     70% interest - Braunagel & Braunagel, Inc. | 0.00 |
|     33% interest - KPMC Enterprises, LLC | 0.00 |
|     50% interest - Mousenyok, Inc. | 0.00 |
| **Retirement accounts** | |
|     100% interest - Staff-Line, Inc. 401k account | 316,634.09[13] |
|     100% interest - IRA | 400,000.00[14] |
| **Trusts, equitable or future interests** | |
|     100% interest - The Carl J. Braunagel, Jr. Irrevocable Trust | 0.00 |
| **Insurance policy interests** | |
|     State Farm Whole Life Beneficiary | |
|     Northwestern Mutual Whole Life | 0.00 |
| **Contingent and unliquidated claims** | 0.00 |
|     Debtor's claims against Peter Falli | Unknown |
| ***Total Assets*** | **1,709,063.90** |

---

[1] $151,915.89 unexempt.

[2] $275,010.70 unexempt.

[3] $1,000.00 unexempt.

[4] $0.00 unexempt.

[5] $0.00 unexempt.

[6] $0.00 unexempt.

[7] $0.00 unexempt.

[8] $0.00 unexempt.

[9] $382.50 unexempt.

[10] $0.07 unexempt.

[11] $9.24 unexempt.

[12] $158,263.00 unexempt.

[13] $0.00 unexempt.

[14] $0.00 unexempt.