# EXHIBIT B – DEBTOR'S LIABILITIES

*Secured, Priority, and General Unsecured Claims*

| **Secured Claims** | **Amount** |
|---|---:|
| JPMorgan Chase Bank, N.A. (#9173) (NJ property) (Claim 5-1) | 107,059.64 |
| JPMorgan Chase Bank, N.A. (#9923) (NJ property) (Claim 8-1) | 38,104.18 |
| Deutsche Bank National Trust Co. (FL property) (Claim 9-1) | 309,989.30 |
| ***Total*** | **455,153.12** |
| | |
| **Priority Claims** | |
| State of New Jersey (Claim 6-1) (priority portion) | 10,709.33 |
| ***Total*** | **10,709.33** |
| | |
| **General Unsecured Claims** | |
| Advisory Trust Group, LLC (Claim 1-1)[1] | $878,963.05 |
| Aliton's Pharmacy (No Claim Filed) | $2,535.87 |
| Barclays Bank Delaware (No Claim Filed) | $2,972.00 |
| Blupax Pharmaceuticals, LLC (No Claim Filed) | $0.00 |
| Capital One (No Claim Filed) | $5.00 |
| Citizen's Bank (Claim 4-1)[2] | $6,907.58 |
| Northwestern Mutual (No Claim Filed) | $4,759.30 |
| On Deck Capital, Inc. (Claim 2-1) | $44,286.18 |
| Radius Global Solution (No Claim Filed) | $175.00 |
| State Farm Life Insurance (No Claim Filed) | $2,042.50 |
| State of New Jersey (Claim 6-1) (general unsecured portion) | $17,179.33 |
| Synchrony Bank (Claim 7-1) | $129.78 |
| Trac/CBCD/Citicorp (No Claim Filed) | $268.00 |
| USAA Federal Savings Bank (Claim 3-1) | $16,493.34 |
| ***Total*** | **$976,716.93** |

---

[1] Debtor reserves the right to object to Claim 1-1 as set forth in Part 2.3 of the Plan.
[2] Debtor reserves the right to object to Claim 4-1 as set forth in Part 2.3 of the Plan.