## EXHIBIT C – FINANCIAL FORECAST (PROJECTIONS)

**Income Source**:[1] Wage income, self-employment / business income, real property rental income.

| Year | **2022-2023** | **2023-2024** | **2024-2025** | **2025-2026** | **2026-2027** |
|---|---|---|---|---|---|
| **Gross Income** | 254,944.92 | 254,944.92 | 254,944.92 | 254,944.92 | 254,944.92 |
| **Expenses** | (213,876.36) | (213,876.36) | (213,876.36) | (213,876.36) | (213,876.36) |
| **Disposable Income** | 41,068.56 | 41,068.56 | 41,068.56 | 41,068.56 | 41,068.56 |

**Estimated Total: $205,342.80**

---

[1] *See*, Schedule I. Cash flow projected herein is an estimate.