# EXHIBIT E – CASH ON HAND ON EFFECTIVE DATE

| | |
|---|---|
| Estimated cash on hand on the Effective Date: | 20,534.28 |
| **Less:** | |
|     Amount of projected Administrative Expenses payable on effective date of Plan | (35,000.00) |
| | |
| The sources of the cash the Debtor will have on hand by the Effective Date are estimated as follows: | |
|     Disposable income | 20,534.28 |
|     Family contribution | 14,465.72 |
| | |
| Total cash in the Debtor's bank account now | 10,267.14 |