# EXHIBIT F - LIQUIDATION ANALYSIS

### *Debtor's Estimated Liquidation Value of Assets*

| Asset | Value |
|---|---|
| **Real property** | |
|     50% interest - 68 River Rd., Montague, NJ | 236,900.00[1] |
|     100% interest - 637 Lake Beulah CV, Winter Garden, FL | 585,000.00[2] |
| **Automobiles** | |
|     100% interest - 2008 Harley Road Glide FLTV | 5,000.00[3] |
| **Household goods and furnishings** | 1,700.00[4] |
| **Electronics** | 750.00[5] |
| **Sports equipment** | 1,800.00[6] |
| **Men's clothing** | 1,000.00[7] |
| **Men's jewelry** | 300.00[8] |
| **Household pets** | 0.00 |
| **Deposits of money** | |
|     50% interest - Chase Checking (#2179) | 1,707.50[9] |
|     50% interest - Chase Savings (#0273) | 0.07[10] |
|     50% interest - Chase Checking (#9930) | 9.24[11] |
|     50% interest - E-Trade Account | 158,263.00[12] |
| **Non-public business interests** | |
|     50% interest - A Taste of Sicily, LLC | 0.00 |
|     50% interest - Goodfellas Pizza Italian Restaurant, Inc. | 0.00 |
|     50% interest - Hammertime Enterprises, LLC | 0.00 |
|     70% interest - Braunagel & Braunagel, Inc. | 0.00 |
|     33% interest - KPMC Enterprises, LLC | 0.00 |
|     50% interest - Mousenyok, Inc. | 0.00 |
| **Retirement accounts** | |
|     100% interest - Staff-Line, Inc. 401k account | 316,634.09[13] |
|     100% interest - IRA | 400,000.00[14] |
| **Trusts, equitable or future interests** | |
|     100% interest - The Carl J. Braunagel, Jr. Irrevocable Trust | 0.00 |
| **Insurance policy interests** | |
|     State Farm Whole Life Beneficiary | |
|     Northwestern Mutual Whole Life | 0.00 |
| **Contingent and unliquidated claims** | 0.00 |
|     Debtor's claims against Peter Falli | Unknown |
| ***Total Assets at Liquidation Value*** | **1,709,063.90** |
| **Less** | |
|     **Secured claims** | |
|         JPMorgan Chase Bank, N.A. (#9173) (NJ property) (Claim 5-1) | (53,357.02)[16] |
|         JPMorgan Chase Bank, N.A. (#9923) (NJ property) (Claim 8-1) | (19,052.09)[17] |

---

[1] $151,915.89 unexempt.
[2] $275,010.70 unexempt.
[3] $1,000.00 unexempt.
[4] $0.00 unexempt.
[5] $0.00 unexempt.
[6] $0.00 unexempt.
[7] $0.00 unexempt.
[8] $0.00 unexempt.
[9] $382.50 unexempt.
[10] $0.07 unexempt.
[11] $9.24 unexempt.
[12] $158,263.00 unexempt.
[13] $0.00 unexempt.
[14] $0.00 unexempt.
[16] 50% of secured claim of JPMorgan Chase Bank, N.A. of $107,059.64 (Claim 5-1).
[17] 50% of secured claim of JPMorgan Chase Bank, N.A. of $38,104.18 (Claim 8-1).

| | | |
|---|---|---:|
| | Deutsche Bank National Trust Co. (FL property) (Claim 9-1) | (309,989.30)[18] |
| | **Hypothetical 10% Chapter 7 admin. fees and expenses** | (58,658.14)[19] |
| | **Projected Chapter 11 admin. fees and expenses** | (35,000.00) |
| | **Priority claims, excluding Chapter 11 admin. fees and expenses** | |
| | State of New Jersey (Claim 6-1) (priority portion) | (10,709.33) |
| | **Debtor's total claimed exemptions** | (752,659.09) |
| (1) | Balance for unsecured claims | (482,213.93) |
| (2) | Total dollar amount of general unsecured claims | (976,716.93) |
| *Percentage of Claims Which Unsecured Creditors Would Receive Or Retain in a Chapter 7 Liquidation:* | | 49.37% |
| *Total Projected Disposable Income To Be Paid Under the Plan:* | | 205,342.80 |
| *Percentage of Claims Which Unsecured Creditors Will Receive or Retain under the Plan:*[15] | | 51.19% |

---

[15] Total distribution of $500,000.00 proposed under Chapter 11 plan.
[18] 100% of secured claim of JPMorgan Chase Bank, N.A. of $309,989.30 (Claim 9-1).
[19] 10% of unexempt equity of $58,658.14.